WALTER VAN HOUTEN, Respondent, *v.* CHARLES FLEISCHMANN, Appellant.

(Argued March 8, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made November 7, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*C. Bainbridge Smith* for appellant.

*James McKeen* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

_____

HARRISON A. TUCKER et al., Appellants, *v.* ALEXANDER McLEAN et al., Respondents.

(Submitted March 9, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Charles M. Stafford* for appellants.

*James* and *Thomas H. Troy* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.